# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re:  DORNAN, DOUGLAS L, JR.  § Case No. 10-71188
       DORNAN, TAMMY A.  §
         §
Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    United States Bankruptcy Court
    211 South Court Street
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 11/03/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    Dated:  09/21/2010    By:  /s/JAMES E. STEVENS
                                                   Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: DORNAN, DOUGLAS L, JR.         §   Case No. 10-71188
       DORNAN, TAMMY A.               §
                                      §
Debtor(s)                             §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*            $       4,082.80

*and approved disbursements of*                 $           3.85

*leaving a balance on hand of* [1]              $       4,078.95

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
                            N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JAMES E. STEVENS | $ 1,020.70 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                  *Fees*           *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for*        _____ $_____ $_____
*Accountant for*      _____ $_____ $_____
*Appraiser for*       _____ $_____ $_____
*Other*               _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,033.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | GE Money Bank dba CARECREDIT/GEMB | $ 478.01 | $ 91.18 |
| 2 | GE Money Bank dba WAL-MART DISCOVER CARD | $ 580.22 | $ 110.67 |
| 3 | Chase Bank USA,N.A | $ 988.72 | $ 188.59 |
| 4 | American Express Centurion Bank | $ 5,071.12 | $ 967.29 |
| 5 | American Infosource Lp As Agent for | $ 8,915.15 | $ 1,700.52 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: vgossett              Page 1 of 1         Date Rcvd: Sep 28, 2010
Case: 10-71188                Form ID: pdf006             Total Noticed: 21

The following entities were noticed by first class mail on Sep 30, 2010.
db/jdb         +Douglas L Dornan, Jr.,   Tammy A. Dornan,   3908 Jacobson Dr.,   Wonder Lake, IL 60097-8140
aty            +Richard T Jones,   138 Cass Street,   Woodstock, IL 60098-3254
tr             +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
                 Rockford, IL 61108-2579
15246827        American Express,   Customer Service,   Post Office Box 7863,   Ft. Lauderdale, FL 33329-7863
15750120        American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
15291300        American Express Centurion Bank,   c/o Becket and Lee, LLP,   P.O. Box 3001,
                 Malvern, PA 19355-0701
15722319       +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
15246829       +Chase Home Finance,   Attention: Bankruptcy Department,   3415 Vision Drive,
                 Columbus, Oh 43219-6009
15246830        Citibank Cards,   Box 6000,   The Lakes, NV 89163-6000
15246831        Commerce Bank,   Post Office Box 13561,   Kansas City, MO 64119-3561
15246832       +Home Depot/Citibank,   Post Office Box 6497,   Sioux Falls, SD 57117-6497
15246833       +Hughes Federal Credit Union,   951 E. Hermans Road,   Tucson, AZ 85756-9000
15246837      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  US Bank,    Post Office Box 790408,   Saint Louis, MO 63179-0408)
15246835        Union Plus Credit Card,   Post Office Box 17051,   Baltimore, MD 21297-1051
15246836        Union Plus Mortgage,   Assisatance Program,   1125 15th Street, SW, #300,   Washington, DC 20005

The following entities were noticed by electronic transmission on Sep 29, 2010.
15810064        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2010 02:23:23
                 American Infosource Lp As Agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
                 Oklahoma City, OK  73124-8840
15246828        E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2010 02:56:28     Care Credit,   GE Money Bank,
                 Post Office Box 960061,   Orlando, FL 32896-0061
15656481       +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2010 02:56:28     GE Money Bank dba CARECREDIT/GEMB,
                 Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15656482       +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2010 02:56:28
                 GE Money Bank dba WAL-MART DISCOVER CARD,   Care of Recovery Management Systems Corp,
                 25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15246834        E-mail/PDF: cr-bankruptcy@kohls.com Sep 29 2010 02:03:43     Kohls,   Post Office Box 2983,
                 Milwaukee, WI 53201-2983
15246838       +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2010 02:56:28     Walmart/GEMB,
                 Post Office Box 981400,   El Paso, TX 79998-1400
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
                 Rockford, Il 61108-2579
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2010**          **Signature:** _/s/ Joseph Speetjens_