## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: DORNAN, DOUGLAS L, JR. | § Case No. 10-71188 |
| DORNAN, TAMMY A. | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $354,981.40 *(without deducting any secured claims)* | Assets Exempt: $63,281.40 |
| Total Distribution to Claimants: $3,058.25 | Claims Discharged Without Payment: $53,721.94 |
| Total Expenses of Administration: $1,024.55 | |

3) Total gross receipts of $ 4,082.80 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,082.80 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $306,353.14 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,024.55 | 1,024.55 | 1,024.55 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 56,539.16 | 16,033.22 | 16,033.22 | 3,058.25 |
| **TOTAL DISBURSEMENTS** | $362,892.30 | $17,057.77 | $17,057.77 | $4,082.80 |

4) This case was originally filed under Chapter 7 on March 12, 2010. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/21/2010      By: /s/JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Ford Escape subject to lien of US Bank-debt | 1129-000 | 4,082.00 |
| Interest Income | 1270-000 | 0.80 |
| **TOTAL GROSS RECEIPTS** | | **$4,082.80** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Home Finance | 4110-000 | 236,223.84 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 4110-000 | 21,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Union Plus Mortgage Assisatance Program | 4110-000 | 4,406.55 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Finance | 4110-000 | 44,722.75 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$306,353.14** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,020.70 | 1,020.70 | 1,020.70 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.85 | 3.85 | 3.85 |

UST Form 101-7-TDR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | 1,024.55 | 1,024.55 | 1,024.55 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GE Money Bank dba CARECREDIT/GEMB | 7100-000 | 436.00 | 478.01 | 478.01 | 91.18 |
| 2 | GE Money Bank dba WAL-MART DISCOVER CARD | 7100-000 | 450.62 | 580.22 | 580.22 | 110.67 |
| 3 | Chase Bank USA,N.A | 7100-000 | 988.72 | 988.72 | 988.72 | 188.59 |
| 4 | American Express Centurion Bank | 7100-000 | 5,071.12 | 5,071.12 | 5,071.12 | 967.29 |
| 5 | American Infosource Lp As Agent for | 7100-000 | 8,845.73 | 8,915.15 | 8,915.15 | 1,700.52 |
| NOTFILED | Commerce Bank | 7100-000 | 6,582.60 | N/A | N/A | 0.00 |
| NOTFILED | Union Plus Credit Card | 7100-000 | 5,615.31 | N/A | N/A | 0.00 |
| NOTFILED | Hughes Federal Credit Union | 7100-000 | 21,490.18 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Cards | 7100-000 | 6,660.85 | N/A | N/A | 0.00 |
| NOTFILED | Care Credit GE Money Bank | 7100-000 | 398.03 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 56,539.16 | 16,033.22 | 16,033.22 | 3,058.25 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-71188  
**Case Name:** DORNAN, DOUGLAS L, JR.  
             DORNAN, TAMMY A.  
**Period Ending:** 12/21/10

**Trustee:** (330420)  JAMES E. STEVENS  
**Filed (f) or Converted (c):** 03/12/10 (f)  
**§341(a) Meeting Date:** 04/22/10  
**Claims Bar Date:** 08/03/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 3908 Jacobson Drive, Wonder<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 275,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account-Bank of America<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,294.70 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account-Bank of America<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 308.44 | 0.00 | DA | 0.00 | FA |
| 4 | Savings account-ING Direct<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 4,728.26 | 0.00 | DA | 0.00 | FA |
| 5 | Credit Union account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous household goods & furnishings-debt<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous books & pictures-debtors' possessi<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Necessary wearing apparel-debtors' possession<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | Miscellaneous jewelry-debtors' possession<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Profit sharing<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 51,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Pension-defined benefit; no cash value<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2002 Jeep Cherokee; 76,000 miles-debtors' posses<br>Orig. Asset Memo: Imported from original petition | 3,000.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-71188　　　　　　　　　　　　　　Trustee:　(330420)　JAMES E. STEVENS
Case Name:　DORNAN, DOUGLAS L, JR.　　　　　　Filed (f) or Converted (c):　03/12/10 (f)
　　　　　　DORNAN, TAMMY A.　　　　　　　　　§341(a) Meeting Date:　04/22/10
Period Ending: 12/21/10　　　　　　　　　　　　Claims Bar Date:　08/03/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Doc# 1 | | | | | |
| 13 | 2003 Cannodale ATV-debtors' possession　Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2007 Ford Escape subject to lien of US Bank-debt　Orig. Asset Memo: Imported from original petition Doc# 1 | 16,000.00 | 0.00 | DA | 4,082.00 | FA |
| 15 | Computer-debtors' possession　Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.80 | FA |
| 16 | Assets　Totals (Excluding unknown values) | $354,981.40 | $0.00 | | $4,082.80 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):　September 30, 2010　　　Current Projected Date Of Final Report (TFR):　September 8, 2010 (Actual)

Printed: 12/21/2010 11:58 AM　V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-71188 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | DORNAN, DOUGLAS L, JR. | | Bank Name: | The Bank of New York Mellon |
| | DORNAN, TAMMY A. | | Account: | 9200-******73-65 - Money Market Account |
| Taxpayer ID #: | **-***4865 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 12/21/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/20/10 | {14} | Douglas and Tammy Dornan | equity in vehicles | 1129-000 | 4,082.00 | | 4,082.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.08 | | 4,082.08 |
| 06/08/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #10-71188, Bond #016018067 | 2300-000 | | 3.85 | 4,078.23 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.24 | | 4,078.47 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.24 | | 4,078.71 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.24 | | 4,078.95 |
| 09/08/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 4,078.95 |
| 09/08/10 | | To Account #9200******7366 | transfer to close money market account | 9999-000 | | 4,078.95 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,082.80 | 4,082.80 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,078.95 | |
| | | | Subtotal | | 4,082.80 | 3.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,082.80 | $3.85 | |

{} Asset reference(s)

Printed: 12/21/2010 11:58 AM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-71188 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | DORNAN, DOUGLAS L, JR. | | Bank Name: | The Bank of New York Mellon |
| | DORNAN, TAMMY A. | | Account: | 9200-******73-66 - Checking Account |
| Taxpayer ID #: | **-***4865 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 12/21/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/08/10 | | From Account #9200******7365 | transfer to close money market account | 9999-000 | 4,078.95 | | 4,078.95 |
| 11/03/10 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $1,020.70, Trustee Compensation; Reference: | 2100-000 | | 1,020.70 | 3,058.25 |
| 11/03/10 | 102 | GE Money Bank dba CARECREDIT/GEMB | Dividend paid 19.07% on $478.01; Claim# 1; Filed: $478.01; Reference: | 7100-000 | | 91.18 | 2,967.07 |
| 11/03/10 | 103 | GE Money Bank dba WAL-MART DISCOVER CARD | Dividend paid 19.07% on $580.22; Claim# 2; Filed: $580.22; Reference: | 7100-000 | | 110.67 | 2,856.40 |
| 11/03/10 | 104 | Chase Bank USA,N.A | Dividend paid 19.07% on $988.72; Claim# 3; Filed: $988.72; Reference: | 7100-000 | | 188.59 | 2,667.81 |
| 11/03/10 | 105 | American Express Centurion Bank | Dividend paid 19.07% on $5,071.12; Claim# 4; Filed: $5,071.12; Reference: | 7100-000 | | 967.29 | 1,700.52 |
| 11/03/10 | 106 | American Infosource Lp As Agent for | Dividend paid 19.07% on $8,915.15; Claim# 5; Filed: $8,915.15; Reference: | 7100-000 | | 1,700.52 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 4,078.95 | 4,078.95 | $0.00 |
| Less: Bank Transfers | 4,078.95 | 0.00 | |
| Subtotal | 0.00 | 4,078.95 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $4,078.95 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******73-65 | 4,082.80 | 3.85 | 0.00 |
| Checking # 9200-******73-66 | 0.00 | 4,078.95 | 0.00 |
| | $4,082.80 | $4,082.80 | $0.00 |

{} Asset reference(s)          Printed: 12/21/2010 11:58 AM V.12.54